```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07463
  JAVIER G CASTRO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-9335
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/03/05 and confirmed on 05/05/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  10023.69 .

     4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 4190.00 | 275.89 | 4190.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ARCHER HEIGHTS CREDIT UN | UNSECURED | 3352.25 | .00 | 1920.06 |
| VILLAGE OF BOLINGBROOK | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 250.00 | .00 | 143.19 |
| CITY OF JOLIET | UNSECURED | 96.00 | .00 | 54.99 |
| EMERGE MASTERCARD | UNSECURED | 1201.72 | .00 | 688.30 |
| ILL STATE TOLL HIWAY AUT | UNSECURED - C | .00 | .00 | .00 |
| MAYWOOD PARKING | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | 365.26 | .00 | 209.21 |
| FORD MOTOR CREDIT CO | UNSECURED | 1416.56 | .00 | 811.36 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4190.00 | .00 | 6681.79 | .00 | 10871.79 |
| PRINCIPAL PAID | 4190.00 | .00 | 3827.11 | .00 | 8017.11 |
| INTEREST PAID | 275.89 | .00 | .00 | .00 | 275.89 |
| TOTAL PAID | 4465.89 | .00 | 3827.11 | .00 | 8293.00 |

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2200.00
and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $     407.00 .

Refunds to the Debtor totaled $     123.69 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 08/19/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

                          PAGE   2
     CASE NO. 05 B 07463 JAVIER G CASTRO